IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

                vs.

                :        Case No.   3:12cr121 (3)

QUINTON CLEMONS,            JUDGE WALTER H. RICE
Register No. 70531-061

                Defendant.

---

AMENDED JUDGMENT ENTRY; DECISION AND ENTRY SUSTAINING
DEFENDANT'S UNOPPOSED MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582; 92 MONTH SENTENCE REDUCED TO
ONE OF 77 MONTHS; NO FURTHER AMENDED JUDGMENT ENTRY
TO BE FILED

---

On July 16, 2013, the Defendant herein was sentenced to a term of 92 months imprisonment, following his guilty plea to a single count Indictment charging conspiracy to possess with intent to distribute 100 grams or more of heroin (Doc. #65). Defendant's Presentence Report indicated an advisory Sentencing Guideline Range of 92 to 115 months, based upon a net offense level of 23 and a criminal history category of 6.

In November of 2014, the drug quantity table at U.S.S.G. § 2D1.1 was amended to provide a 2 level reduction for many drug offenses, including that for which Defendant was convicted (Amendment 782). This Amendment was made retroactive. Accordingly, Defendant's net offense level (following acceptance of responsibility and timely notification of intent to plead guilty) is now 21 which, when matched against a criminal history of 6, calls for a no longer binding, now advisory Sentencing Guideline Range of 77 to 96 months.

Accordingly, this Court's Judgment Entry of July 16, 2013, is amended to reflect that the previously imposed sentence of 92 months is reduced to one of 77 months.

There will be no further Amended Judgment Entry filed, reflecting this change.

September 5, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Brent Tabacchi, AUSA
OTV/ExecAssistant@bop.gov
Records Section, Ottisville Federal Correctional Institution, Two Mile Drive, Otisville, NY 10963

2